Joshua B. Swigart (SBN 225557)
*Josh@SwigartLawGroup.com*
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 866-219-3343
F: 866-219-8344

*Attorneys for Plaintiff and The Putative Class*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC YARDLEY, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JENCAP GROUP, LLC,<br><br>Defendant. | Case No: 26-CV-03149-TWR-GC<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT AND ALL PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD:

Plaintiff ERIC YARDLEY ("Plaintiff") hereby notifies the Court that the parties in the above referenced case have reached a settlement in principle resolving all claims in this action on an individual basis.

The parties are in the process of drafting a written settlement agreement and related documents. Accordingly, Plaintiff respectfully requests that the Court vacate any pending deadlines and hearings and allow the parties sufficient time to complete the settlement documentation and file a dismissal upon finalization of the individual settlement.

Respectfully submitted,

Date: August 14, 2026

By: *s/ Joshua Swigart*

Joshua B. Swigart, Esq.
Swigart Law Group, APC
Josh@SwigartLawGroup.com
Attorney for Plaintiff