**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | | |
|---|---|---|---|
| Case Name: | **Yardley v. Jencap Group, LLC** | Case No.: | **26-cv-03149-TWR-GC** |

On August 14, 2026, Plaintiff filed a Notice of Settlement. (ECF No. 14.) Accordingly, **IT IS HEREBY ORDERED**:

1. A Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) shall be electronically filed on or before **September 30, 2026**.[1]

2. If a Notice of Dismissal is not filed on or before **September 30, 2026**, then a telephonic Settlement Disposition Conference shall be held with Plaintiff's counsel on **October 2, 2026**, at **9:30 AM** before Magistrate Judge Guillermo Cabrera. For purposes of the Conference, all participating counsel shall call the Court's teleconference line at (669) 254-5252 and use meeting identification number 160 243 3377.

3. If a Notice of Dismissal is filed on or before **September 30, 2026**, then the Settlement Disposition Conference shall be vacated.

Date: August 17, 2026

Initials: lc2
Chambers of the Hon. Guillermo Cabrera

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.